429 A.2d 737

Commonwealth v. Arnold, Appellant.

Submitted March 21, 1980. W. H. Snyder, Jr., for appellant; Daniel L. Howsare, Assistant District Attorney, for Commonwealth, appellee.

Before HESTER, WICKERSHAM and LIPEZ, JJ.

Judgment of sentence affirmed.

429 A.2d 737

Commonwealth v. Oliver Ray Darden, a/k/a Ray Oliver Darden, Appellant.

Argued December 5, 1979. Michael D. Marino, for appellants; John T. Salvucci, Assistant District Attorney, for Commonwealth, appellee.

Before PRICE, WATKINS and HOFFMAN, JJ.

Judgment of sentence affirmed.